IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JASON and RHONDA NEW,
Parents of "J"  PLAINTIFFS

v.  No. 3:18-cv-113-DPM

RIVERSIDE SCHOOL DISTRICT  DEFENDANT

## ORDER

For the reasons stated on the record at the 23 August 2019 hearing, the News' motion for judgment, № 9, is denied. Riverside's motion for judgment, № 14, is granted. The Court will dismiss this case with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 August 2019