# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JASON and RHONDA NEW,
Parents of "J"                                          PLAINTIFFS

v.                       No. 3:18-cv-113-DPM

RIVERSIDE SCHOOL DISTRICT                               DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 August 2019